Harry Pringouris, also known as Harry Pappas, by his mother and next friend, Akrivi Pappas, appellant, v. General Outdoor Advertising Company, appellee. Gen. No. 37,825.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed June 13, 1935. Rehearing denied June 25, 1935.

Pantelis, Klein & Porikos and Theodore N. Constant, for appellant. Cassels, Potter & Bentley, for appellee; Ralph F. Potter, Leslie H. Vogel and E. Douglas Schwantes, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Aetna Acceptance Company, appellant, v. Andrew Strieff, appellee. Gen. No. 37,737.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed June 13, 1935. Rehearing denied June 25, 1935.

William S. Kleinman, for appellant. Arthur A. Maina, for appellee; Edward M. Keating, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Antonina Mysliwiec, appellee, v. Independent Order of Foresters, appellant. Gen. No. 37,819.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed June 13, 1935.

Marx Loehwing, for appellant; G. A. Buresh, of counsel. Samuel L. Steinberg, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

William R. Ruchty, appellant, v. E. L. Ramm and C. H. Ramm, trading as E. L. Ramm Company, appellees. Gen. No. 37,840.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed June 13, 1935.

Harry H. Felgar, for appellant. Stevens, Carrier & Griffith and George M. Sundheim, for appellees.

Mr. Justice Sullivan delivered the opinion of the court.

Rubie Riddiford Powner, appellee, v. Willard E. Powner, appellant. Gen. No. 37,959.